Bob L. Olson, Esq.
Nevada Bar No. 3783
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
spope@swlaw.com

Sarah L. Scott, Esq.
*Admitted Pro Hac Vice*
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 528-4630
Email: SLScott@Venable.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

SNELL & WILMER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNEIKA THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:26-cv-02319-APG-BNW<br><br>***EX PARTE* MOTION AND PROPOSED ORDER FOR REMOTE APPEARANCE** |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, Snell & Wilmer L.L.P., submits this *Ex Parte Motion and Proposed Order for Remote Appearance* ("Motion") and requests a remote appearance via Zoom for Sarah L. Scott, co-counsel for Experian, for the hearing on December 8, 2026, at 3:00 p.m. Sarah Scott is an attorney with Venable LLP and is located in Baltimore, Maryland and requests to attend this hearing remotely using the Zoom link provided by the Court.

///

The current contact information for Sarah L. Scott is as follows:

Sarah L. Scott, Esq.
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Phone: (410) 528-4630
Email: SLScott@Venable.com

DATED: November 24, 2026.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Samuel K. Pope (NV Bar No. 16963)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Defendant Experian Information Solutions, Inc.*

**ORDER**

The Court having considered the foregoing Motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is approved; and Court **ORDERS** that Sarah L. Scott may appear remotely at the hearing on December 8, 2026, at 3:00 p.m. via Zoom.

**IT IS SO ORDERED.**

DATED: November 25, 2026

UNITED STATES MAGISTRATE JUDGE

SNELL & WILMER

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing ***EX PARTE*** **MOTION FOR PROPOSED ORDER FOR REMOTE APPEARANCE** ("Motion") with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that the Motion has been e-mailed to the following address:

Uneika Thomas
3009 Hawksdale Drive, Unit #199
Las Vegas, NV 89134
uneikathomas42@gmail.com

*Plaintiff Pro Se*

DATED: November 24, 2026.

*/s/ Mary Full*
An Employee of Snell & Wilmer L.L.P.